[No. 3101.  Decided December 12, 1898.]

FRANK P. HOGAN, *Appellant*, v. CITY OF SPOKANE *et al.*, *Re-
spondents*.

20c 713
f20  349

Appeal from Superior Court, Spokane County.—Hon WILLIAM
E. RICHARDSON, Judge.  Affirmed.

*Jones, Belt & Quinn*, for appellant.
*A. G. Avery, C. S. Voorhees*, and *Reese H. Voorhees*, for
respondents.

PER CURIAM.—For the reasons assigned in the case of *Heath v. McCrea, ante,* p. 342, the judgment is affirmed.